IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY COLLINS,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　) 2:09-cv-00393-GEB-EFB
　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　) ORDER RE: SETTLEMENT
　　　　　　　　　　　　　　　　　　) AND DISPOSITION
NCO FINANCIAL SYSTEMS, INC.,　　　 )
　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　)
_____)

　　　　　　On May 14, 2009, the Parties filed a Notice of Settlement in which they state "this case has been settled." Further, the parties request the Court set a deadline on or after June 12, 2009, for filing dispositional documents. Therefore, a dispositional document shall be filed no later than June 12, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

　　　　　　IT IS SO ORDERED.

Dated: May 21, 2009

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　United States District Judge