Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY COLLINS, | ) Case No. 09-CV-00393-GEB-EFB |
| | ) |
| Plaintiff, | ) STIPULATION TO DISMISS WITH |
| | ) PREJUDICE |
| vs. | ) |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

Plaintiff, GARY COLLINS, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on February 10, 2009.  NCO filed its responsive pleading on March 16, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.  The court is to retain jurisdiction for purposes of enforcement of the settlement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 6/11/09                     KROHN & MOSS, LTD.

                                                /s/ Ryan Lee
                                                Ryan Lee,
                                                Attorney for Plaintiff,
                                                Gary Collins

Dated: 6/11/09                     SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                                /s/Debbie P. Kirkpatrick
                                                Debbie P. Kirkpatrick,
                                                Attorney for Defendant,
                                                NCO Financial Systems, Inc.

IT IS SO ORDERED.

Dated: _____
                Hon. Garland E. Burrell
                United States District Judge